# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 18-CR-2006-LRR |
| vs. | **ORDER** |
| JAVONTA JUAN HERBERT, | |
| Defendant. | |

The matter before the court is United States Chief Magistrate Judge C.J. Williams's Report and Recommendation (docket no. 43), which recommends that the court deny Defendant Javonta Juan Herbert's "Motion to Suppress" ("Motion") (docket no. 29).

On April 3, 2018, Defendant filed the Motion, which seeks to suppress physical evidence and statements obtained during a traffic stop. On April 6, 2018, the government filed a Resistance (docket no. 36). On April 18, 2018, Judge Williams held a hearing on the Motion. *See* April 18, 2018 Minute Entry (docket no. 37). Defendant appeared in court with his attorney, Michael Lindeman. Assistant United States Attorney Anthony Morfitt represented the government. On April 25, 2018, Judge Williams issued the Report and Recommendation, which also addresses co-defendant Tereall Deshawn Green's Motion to Suppress (docket no. 26). The Report and Recommendation states that "[o]bjections to th[e] Report and Recommendation . . . must be filed within fourteen . . . days of the service of a copy of th[e] Report and Recommendation." Report and Recommendation at 13.

The time to object to the Report and Recommendation has expired and neither party has filed any objections. Thus, the parties have waived their right to a de novo review of the Report and Recommendation. *See e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("Appellant's failure to file any objections waived his right to de novo

review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein." (quoting *Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994))). The court finds no plain error in Judge Williams's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 43) with respect to Defendant. The Motion to Suppress (docket no. 29) is **DENIED**. The court shall address the portions of the Report and Recommendation pertaining to Green by separate order.

    **IT IS SO ORDERED.**

    **DATED** this 7th day of August, 2018.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA